**J. A. DOUGLAS, Appellant, v. STATE of Texas, Appellee.**

No. 22623.

Court of Criminal Appeals of Texas.

Nov. 10, 1943.

E. Garland Brown, of Corpus Christi, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for running a disorderly house, in which a fine of $200 was assessed.

Upon proper affidavit asking that the appeal be dismissed, the same is granted.

**Roy MATHIS, Appellant, v. STATE of Texas, Appellee.**

No. 22734.

Court of Criminal Appeals of Texas.

Nov. 17, 1943.

D. T. Moore, of Aquilla, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment being two years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute his appeal, and same is dismissed at his request.

**Joseph C. RASSO, Appellant, v. STATE of Texas, Appellee.**

No. 22630.

Court of Criminal Appeals of Texas.

Nov. 17, 1943.

Leonard Brown and Jas. Tafolla, Jr., both of San Antonio, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Appellant was convicted of murder and his punishment was assessed at confinement in the state penitentiary for a period of five years.

Since his appeal was perfected, appellant has filed his affidavit, duly verified, requesting that his appeal be withdrawn. The request is granted and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.